IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ROY E. BLAKEY,<br><br>                    Defendant. | 8:25CR18<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

   The defendant appeared before the Court on August 11, 2025 regarding Petition for Offender Under Supervision [4]. Yvonne Sosa represented the defendant. Kathryn Pflug represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

   The defendant appeared by summons, or is otherwise not in custody, and will not be detained. Therefore, the defendant does not have right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on September 25, 2025.

   The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision.

   **IT IS SO ORDERED**.

   Dated this 11th day of August, 2025.

                                                          BY THE COURT:

                                                          s/ Ryan C. Carson
                                                          United States Magistrate Judge